**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BRYAN BROWN**                                    **CHAPTER 13**

**DEBTOR**                                                **CASE NO. 18-14374 JDW**

**OBJECTION TO PROOF OF CLAIM**
**FILED BY MISSISSIPPI DEPARTMENT OF REVENUE [CLAIM NO. 10]**

**COMES NOW** the above-named Debtor, by and through his attorney of record in this case, and objects to the Proof of Claim filed by Mississippi Department of Revenue ("Creditor"). In support thereof, shows unto the Court the following:

1. Creditor filed its proof of claim in the amount of $382.00 (Clm. #10) on January 16, 2019, for estimated priority and unsecured taxes in tax year 2017.

2. Because the Debtor's only income for the year indicated on the claim consists of Social Security benefits, he is not required to file a tax return. The Debtor would state the liability for that year is the responsibility of his ex-spouse, who did have taxable income during the tax year indicated on the claim.

3. The Creditor should amend its claim to $0.00 or withdraw the claim.

4. Other grounds to be shown at the hearing.

**WHEREFORE**, the Debtor prays this Court will sustain this Objection to Proof of Claim at the hearing hereon, and the claim be disallowed, and for such other, further and general relief to which the Debtor may be entitled.    This the 18th day of January, 2019.

/s/Robert H. Lomenick
**ROBERT H. LOMENICK**
**Post Office Box 417**
**Holly Springs, MS  38635**
**rlomenick@gmail.com**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: BRYAN BROWN**                      **CHAPTER 13**

**DEBTOR**                      **CASE NO. 18-14374 JDW**

## NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

**Clerk, U.S. Bankruptcy Court**
**Northern District of Mississippi**
**703 Hwy 145 North**
**Aberdeen, MS 39730**

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: January 18, 2019

CHAPTER 13 STANDING TRUSTEE:
Ms. Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211

                     /s/Robert H. Lomenick
                     KAREN B. SCHNELLER, MSB 6558
                     ROBERT H. LOMENICK, JR., MSB 104186
                     SCHNELLER & LOMENICK, P.A.
                     126 NORTH SPRING STREET
                     POST OFFICE BOX 417
                     HOLLY SPRINGS, MS 38635
                     662-252-3224/karen.schneller@gmail.com
                     rlomenick@gmail.com

## CERTIFICATE OF SERVICE

      I, Karen B. Schneller/Robert H Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Objection to Proof Of Claim and the Notice to Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and Internal Revenue Service, either by electronic means or by United States Mail.

**Bankruptcy Section-Mississippi Department of Revenue**
**P.O. Box 22808**
**Jackson, MS 39225-2808**

**Locke Barkley, via ECF**

**Office of U.S. Trustee, via ECF**

      This the 18th Day of January, 2019.

                                  /s/Robert H Lomenick
                                  **KAREN B. SCHNELLER**
                                  **ROBERT H. LOMENICK**