## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: BRYAN BROWN**                                                    **CHAPTER 13**

**DEBTORS**                                                               **CASE NO.  18-14374-JDW**

## MOTION FOR ALLOWANCE OF ATTORNEY FEES

COMES NOW, the undersigned attorney, and files this Motion for Allowance of Attorney Fees; and would show unto the Court the following:

1. Debtor filed this Chapter 13 case on November 2, 2018.

2. The undersigned attorney has performed a substantial amount of work in this case for the benefit of the Debtor, including interview and investigation of Debtor's financial situation, counseling on alternative remedies available besides bankruptcy, preparation of Chapter 13 petition, schedules and Chapter 13 Plan, attendance at the meeting of creditors, filing of objections to claims, the filing of a plan, and the filing of an amended plan in attempt to get his case confirmed.

3. There are funds in the amount of $1,359.24 being held by the Chapter 13 Trustee out of which are sufficient to pay a reasonable amount of attorney's fees.

4. The case may be dismissed by order of this Court.

4. Movant, Robert H Lomenick, requests the amount on hand, less Trustee commissions, from the funds on hand with the Chapter 13 Trustee as Attorney's fees herein, considering the substantial amount of time expanded in this case, as shown by the docket in this case.

**WHEREFORE, PREMISES CONSIDERED**, Movant requests that this Honorable

Court approve this Motion for Compensation and enter an order awarding the Movant compensation in the amount of the funds on hand by the Trustee, less any trustee commissions.

**RESPECTFULLY SUBMITTED**, this the 20th day of June, 2019

/s/ Robert H. Lomenick
KAREN B.  SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
Phone: (662)252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

## CERTIFICATE OF SERVICE

      I, Robert H. Lomenick, attorney for Debtor(s), do hereby certify that I have this day forwarded by electronic means or via United States Mail, postage prepaid, of the above and foregoing Response to the following:

United States Trustee, via ECF

Locke D. Barkley, Chapter 13 Trustee, via ECF

Dated: June 20, 2018

                                        /s/Robert H. Lomenick
                                        KAREN B. SCHNELLER
                                        ROBERT H. LOMENICK, JR.