

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: BRYAN BROWN                                CHAPTER 13

DEBTOR                                            CASE NO. 18-14374-JDW

### ORDER

**THIS CAUSE** came  before the Court upon the Motion for Compensation filed by Debtor's

Counsel [Dkt. #28], and no response having been filed by the deadline set by the Court, the motion

is due to be granted.

It is therefore, **ORDERED** that Debtor's counsel is entitled to compensation in the amount

of the funds held by the Trustee ($1,359.24), less any trustee commissions.

#### #ENDOFORDER#

SUBMITTED BY:
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR